etc., to $4,163.08; in which event, judgment as so modified and order affirmed, without costs. Settle order on notice.

KOEPPEL, Appellant, v. KOEPPEL et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by Fishel Koeppel against Mendel Koeppel and Abe Koeppel. No opinion. Order affirmed, with $10 costs and disbursements. See 99 N. Y. Supp. 872.

KRAMER, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent.. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by William Kramer against the Brooklyn Heights Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals granted.

KRASNOW, Appellant, v. SINGER MFG. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 21, 1906.) Action by Isaac Krasnow against the Singer Manufacturing Company. No opinion. Motion denied.

KUELLING v. RODERICK LEAN MFG. CO. (Supreme Court, Appellate Division, Fourth Department. October 17, 1906.) Action by Reinhart Kuelling against the Roderick Lean Manufacturing Company. No opinion. Motion denied, with $10 costs.

LA BARBERA v. UNION RY. CO. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Guiseppe La Barbera against the Union Railway company.
PER CURIAM. Judgment affirmed, with costs.
PATTERSON and LAUGHLIN, JJ., dissent.

LA BARBERA v. UNION RY. CO. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by Guiseppe La Barbera against the Union Railway Company. No opinion. Motion denied, with $10 costs. Order filed.

LA COMPAGNIE GENERALE. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by La Compagnie Generale, etc., against Frank Zotti. W. W. Cantwell, for appellant. E. K. Jones, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

LAING, Respondent, v. SHEA, Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by Joseph Laing against John Shea.
PER CURIAM. Judgment of the Municipal Court affirmed, with costs.
HOOKER, J., dissents.

LANDAU, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 21, 1906.) Action by Eliz. Landau against the New York Central & Hudson River Railroad Company.
PER CURIAM. Judgment and order affirmed, with costs.
NASH and KRUSE, JJ., dissent, upon the ground that the court permitted an improper cross-examination of the plaintiff as to her occupation.

LANGFORD, Respondent, v. TOMPKINS et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by Patrick Langford against Edward B. Tompkins and Robert C. Fisher, partners doing business under the firm name of Robert C. Fisher & Co. No opinion. Judgment and order unanimously affirmed, with costs.

LAPOINT, Respondent, v. BATTLE ISLAND PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 17, 1906.) Action by Rosa A. Lapoint, as administratrix, etc., against the Battle Island Paper Company. No opinion. Judgment and order affirmed, with costs.

LATHROP, SHEA & HENWOOD CO., Appellant, v. PITTSBURG, S. & N. R. CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 14, 1906.) Action by the Lathrop, Shea & Henwood Company against the Pittsburg, Shawmut & Northern Railroad Company, impleaded with the Interior Construction & Improvement Company. No opinion. Judgment affirmed, with costs.

LATZ, Respondent, v. BLUMENTHAL et al., Appellants. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by Mack Latz against Solomon Blumenthal, impleaded. M. L. Halff, for appellants. W. J. Rosenstein, for respondent. No opinion. Judgment (100 N. Y. Supp. 527) affirmed, with costs, with leave to defendant to amend, as stated in order, on payment of costs in this court and in the court below. Order filed.

LEVENTHAL, Respondent, v. MANN et al., Appellants. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by Harry S. Leventhal against Saal. W. Mann and another. H. A. Gordon, for appellants. M. W. Norman, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

LAWRENCE, Respondent, v. NEW YORK TRANSP. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by Mary A. Lawrence against the New York Transportation Company. L. A. Spalding, for appellant. F. Pierce, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.